No. 04–1740. WAGNON, SECRETARY, KANSAS DEPARTMENT OF REVENUE, ET AL. *v.* PRAIRIE BAND POTAWATOMI NATION. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wagnon* v. *Prairie*

*Band Potawatomi Nation, ante,* p. 95.